The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

AMY ALLISON individually, and as Limited Guardian over minor N.A.,

Plaintiff,

v.

DICK'S SPORTING GOODS, INC., a Pennsylvania Corporation,

Defendant.

Case No. 3:22-cv-05983-BHS

**STIPULATED MOTION AND ORDER TO STAY ACTION**

Note on Motion Calendar:
Friday, March 3, 2023

Plaintiff AMY ALLISON and Defendant DICK'S SPORTING GOODS, INC. (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to and jointly move this Court for an order staying the case pending completion of settlement negotiations on May 30, 2023. In support of this motion, the Parties state the following:

1.     On December 16, 2022, this matter was removed from Pierce County Superior Court to the Western District of Washington at Tacoma.

2.     On January 9, 2023, the Parties entered serious settlement negotiations, and on January 24, 2023 the parties agreed to tentative settlement terms.

3.     On January 26, 2023, Counsel for Defendants, Mathias Deeg, notified the court by email that the Parties had reached a settlement in principle resolving all claims, and requesting a stay of all pending activity until all terms could be finalized.

4.     The deadline for Fed. R. Civ. P. 26(f) Conference is March 15, 2023. The deadline

4884-8816-5971.2 / 079666-1039

STIPULATED MOTION AND ORDER TO STAY ACTION

- 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

for Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) is March 22, 2023. The deadline for the Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) is March 29, 2023.

5.     The Parties have diligently conferred on settlement but will be unable to confirm all terms for a full release of claims until May 9, 2023. Continuing recent and pending pre-trial deadlines in the case until May 30, 2023 will allow the Parties to finalize terms and permit this matter to be resolved through alternative dispute resolution discussions.

6.     The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(5); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992). Good cause exists for this extension, and a continuance will afford the parties the time necessary to confirm settlement terms and resolve this matter without further expense of judicial resources. Counsel for both parties have discussed this extension with their respective clients and the Parties agree with this extension.

STIPULATED this _____ day of March, 2023.

_____
Thaddeus P. Martin, WSBA #28175
Law Office Of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA  98466
Phone: (206) 682-3420
Fax: (253) 682-0977
Email:        tmartin@thadlaw.com

*Attorney for Plaintiff*

_____
Alyesha Asghar Dotson, WSBA #55122
adotson@littler.com
Mathias Deeg, WSBA #52864
mdeeg@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Telephone:   206.623.3300
Facsimile:    206.447.6965

*Attorneys for Defendant*

4884-8816-5971.2 / 079666-1039

STIPULATED MOTION AND ORDER TO STAY ACTION
- 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that the above-captioned matter be STAYED for all purposes until May 30, 2023.

DATED this 3rd day of March, 2023.

_____

BENJAMIN H. SETTLE
United States District Judge

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

1

## **CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA  98101.  I hereby certify that on March 3, 2023, I electronically filed the foregoing document titled *Stipulated Motion and (Proposed) Order to Stay Action* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Plaintiff's Counsel:**

Thaddeus P. Martin, WSBA #28175
LAW OFFICE OF THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA  98466
Phone: (206) 682-3420
Fax: (253) 682-0977
Email: tmartin@thadlaw.com
        heather@thadlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.  Executed on March 3, 2023, at Seattle, Washington.

/s/ Noemi Villegas
Noemi Villegas, Legal Secretary
NVillegasDiaz@littler.com
**LITTLER MENDELSON, P.C.**

4884-8816-5971.2 / 079666-1039

STIPULATED MOTION AND ORDER TO STAY ACTION

- 4

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300